FILED
2015 Oct-16 PM 12:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

ASHLEY BEAVERS,                }
                               }
    Plaintiff,                 }
                               }       CIVIL ACTION NO.
v.                             }       2:15-cv-738-WMA
                               }
MERCANTILE ADJUSTMENT BUREAU,  }
                               }
    Defendant.                 }

## ORDER

Pursuant to the parties' joint stipulation of dismissal (Doc. 22), the above-entitled action is **DISMISSED WITH PREJUDICE.**

The parties shall bear their own respective costs.

DONE this 16th day of October, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE